Case 18-10485-amc    Doc 22    Filed 08/14/18    Entered 08/14/18 13:59:24    Desc Main
Document    Page 1 of 1


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James W. Smith<br>    Debtor(s)<br><br>M&T Bank<br>    Secured Creditor<br>    vs.<br><br>James W. Smith<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-10485 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **March 13, 2018; Docket No. 12**.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 14, 2018