IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| James Smith | : |
| | : |
| | :  Case No.: 18-10485AMC |
| | : |
| Debtor(s) | :  Chapter 13 |

### CERTIFICATE OF NO RESPONSE TO APPLICATION FOR LEGAL FEES

    I hereby certify that I have received no response to the Application for Legal Fees.

Dated: October 3, 2018        /s/ Brad J. Sadek, Esquire
                                          Brad J. Sadek, Esquire
                                          Sadek and Cooper
                                          "The Philadelphia Building"
                                          1315 Walnut Street, #502
                                          Philadelphia, PA 19107
                                          215-545-0008